FILED IN CHAMBERS
U.S.D.C. - Atlanta

JAN 1 0 2012

James N. Hatten, Clerk
By: *[signature]*
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JEREMY THOMAS ALLEN, | :: | HABEAS CORPUS |
| Petitioner, | :: | 28 U.S.C. § 2254 |
| | :: | |
| v. | :: | |
| | :: | |
| DONALD BARROW, | :: | CIVIL ACTION NO. |
| Respondent. | :: | 1:11-CV-2475-ODE |

## FINAL ORDER

This case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Russell G. Vineyard, recommending that Petitioner's 28 U.S.C. § 2254 petition and a certificate of appealability ("COA") be denied. [Doc. 17]. No objections have been filed.

The Court having read and considered the Final Report and Recommendation and noting the absence of any objections thereto, it is **ADOPTED** as the opinion and order of the Court. For the reasons set forth in the Final Report and Recommendation, this habeas petition [Doc. 1] is **DENIED**, this action is **DISMISSED**, and a COA shall not issue.

The Clerk is **DIRECTED** to close this action.

AO 72A
(Rev.8/82)

**SO ORDERED**, this __10__ day of January, 2012.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)